# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 20, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127911

MELISSA KLEIN, as Personal Representative of
the Estate of MATTHEW CONKLIN, Deceased,
            Plaintiff-Appellant,

v

RICHARD KIK, JR., M.D.,
            Defendant-Appellee,

and

BRONSON HOSPITAL d/b/a BRONSON
MEDICAL HEALTH CENTER,
            Defendant.
_____/

SC: 127911
COA: 250679
Kalamazoo CC: 00-000534-NH

On order of the Court, the application for leave to appeal the January 11, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, KELLY, and MARKMAN, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 20, 2005

_____
Clerk

d1017